**STATE of Missouri, Respondent,**

v.

**George HICKS, Appellant.**

**No. 70029.**

Missouri Court of Appeals,
Eastern District.

March 25, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 29, 1997.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, C.J., CRANDALL, J., and JOSEPH M. ELLIS, Special Judge.

*ORDER*

PER CURIAM.

Defendant, George Hicks, appeals his conviction for delivery or sale of a controlled substance in violation of § 195.211, RSMo 1994. He was sentenced as a prior and persistent offender to thirteen years imprisonment. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).